

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-09-339-CV

IN RE TARGA RESOURCES INVESTMENTS INC.                    RELATORS
AND GILBERTO G. PENA

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered "Relators' Voluntary Dismissal Motion."  It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  MEIER, LIVINGSTON, and MCCOY, JJ.

DELIVERED:  March 29, 2010

---

[1] *See* Tex. R. App. P. 47.4.